## REQUEST FOR MEDIATION

I hereby request mediation. The complaint for foreclosure was filed in this case after January 1, 2010. This case involves a residential loan. I am the owner and I live in the property. I am therefore entitled to mediation.

Date: 5-16-2017

(Signature)

JONATHAN MENEZES
(Print Name)

96 VICTORIA DR.
(Address)
WESTBROOK, ME 04092

207-332-0271
(Phone Number)

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of this Answer and Affirmative Defenses by mailing a copy to the Plaintiff's lawyer.

Date: 5-16-2017

(Signature)

[Plaintiff must complete caption]

STATE OF MAINE ~~UNITED STATES~~ *United States*

U.S. BANK TRUST N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

Plaintiff

v.

JONATHAN MENEZES AND SHONDA MENEZES

Defendant

District Court: 2:17-CV-00066-GZS
Location: PORTLAND, MAINE

**RESPONSE TO COMPLAINT
AND
REQUEST FOR MEDIATION**

Important Notice to Homeowner

A foreclosure case has been filed against you in court. **You will probably lose your home if you do not file a written Response within 20 days.** You can use this form as your Response. Just fill out this form and return it to the court in the enclosed envelope so that the court receives it **before the 20-day deadline.** Mail a copy to the lender's lawyer. You can attach additional sheets if this form does not give you enough space.

1. Your Response

**To protect your rights in this case, you must file a response.** You can file a response by checking the box below. Fill in your address, if it is not already stated.

☒ I live at and own the building at _96 VICTORIA DR, WESTBROOK, ME_ I believe there are good reasons I should not lose my home to foreclosure. I deny at least some of the lender's statements in the foreclosure complaint. I assert all affirmative defenses that apply to my case.

2. Your Right to Mediation

**You have the right to meet with your lender and a neutral third party.** This free meeting gives you the chance to talk about how you might avoid foreclosure – before a judge hears your case. This is called a "mediation" meeting. At the meeting a neutral court mediator will help you and the lender try to come to an agreement. The mediator will not force you to accept an agreement.

When you return this form to the court, the court clerk will schedule you for a mediation meeting.

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2017 MAY 17 P 2:24
DEPUTY CLERK

_Shonda Y Menezes_
(Your Signature)
_SHONDA MENEZES_
(Your Name, Printed)
_96 VICTORIA DR._
(Address)
_WESTBROOK, ME 04092_
(City, State, Zip)
_207-332-0328_
Phone Number)

[Plaintiff must complete caption]

STATE OF MAINE    UNITED STATES District Court: 2:17-cv-00066-GZS
Location: PORTLAND, MAINE

U.S. BANK TRUST N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
Plaintiff

v.

JONATHAN MENEZES AND SHONDA MENEZES
Defendant

**RESPONSE TO COMPLAINT**
**AND**
**REQUEST FOR MEDIATION**

## Important Notice to Homeowner

A foreclosure case has been filed against you in court. **You will probably lose your home if you do not file a written Response within 20 days.** You can use this form as your Response. Just fill out this form and return it to the court in the enclosed envelope so that the court receives it **before the 20-day deadline.** Mail a copy to the lender's lawyer. You can attach additional sheets if this form does not give you enough space.

### 1. Your Response

**To protect your rights in this case, you must file a response.** You can file a response by checking the box below. Fill in your address, if it is not already stated.

[X] I live at and own the building at 96 VICTORIA DR, WESTBROOK ME. I believe there are good reasons I should not lose my home to foreclosure. I deny at least some of the lender's statements in the foreclosure complaint. I assert all affirmative defenses that apply to my case.

### 2. Your Right to Mediation

**You have the right to meet with your lender and a neutral third party.** This free meeting gives you the chance to talk about how you might avoid foreclosure – before a judge hears your case. This is called a "mediation" meeting. At the meeting a neutral court mediator will help you and the lender try to come to an agreement. The mediator will not force you to accept an agreement.

When you return this form to the court, the court clerk will schedule you for a mediation meeting.

_Jonathan Menezes_
(Your Signature)
JONATHAN MENEZES
(Your Name, Printed)
96 VICTORIA DR.
(Address)
WESTBROOK, ME 04092
(City, State, Zip)
207-332-0271
Phone Number)

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2017 MAY 17 P 2:41
DEPUTY CLERK