UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A.,<br>as Trustee for LSF9 MASTER<br>PARTICIPATION TRUST,<br><br>              Plaintiff,<br><br>v.<br><br>JONATHAN MENEZES<br>a/k/a JONATHAN MENEZES, SR., and<br><br>SHONDA MENEZES<br>a/k/a SHANDA MENEZES<br>f/k/a SHONDA BOUCHER,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket no. 2:17-CV-66-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON DEFENDANTS' MOTION FOR MEDIATION AND MOTION TO DISMISS**

      Before the Court are Defendants Jonathan and Shonda Menezes's Motion for Mediation (ECF No. 17) and Motion to Dismiss (ECF No. 23). After carefully considering Defendants' Motions and Plaintiff's Responses, both Motions are DENIED. As explained in Plaintiff's Responses, federal jurisdiction exists in this case. See Pl.'s Response (ECF No. 24) at 2-3. With respect to Defendants' request for mediation, Plaintiff is not required to follow state procedural requirements, such as the mediation requirement, before availing itself of the federal forum. See Residential Mortg. Loan Tr. 2013-TT2 v. Lloyd, 183 F. Supp. 3d 189, 195 (D. Me. 2016). While the Court cannot order the parties to seek mediation pursuant to the state Foreclosure Diversion Program, the Court notes that the parties may pursue alternative dispute resolution pursuant to the rules of this Court if they see fit. See D. Me. Loc. Rule 83.11.

SO ORDERED.

                                                       /s/ George Z. Singal
                                                       United States District Judge

Dated this 26th day of July, 2017.