# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:17-cv-00066 |
| **Plaintiff** | |
| vs. | RE:<br>96 Victoria Drive, Westbrook, ME 04092 |
| Jonathan Menezes a/k/a Jonathan Menezes, Sr.; and<br>Shonda Menezes a/k/a Shanda Menezes f/k/a Shonda Boucher. | Mortgage:<br>May 24, 2006<br>Book 24049, Page 64 |
| **Defendants** | |
| Mortgage Electronic Registrations Systems, Inc. as nominee for Homecomings Financial Network, Inc.; and<br>FIA Card Services, N.A. | |
| **Parties-In-Interest** | |

## AFFIDAVIT OF JONATHAN G. MURRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Jonathan G. Murray, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Parties-in-Interest FIA Card Services, N.A. and Mortgage Electronic Registrations Systems, Inc., as nominee for Homecomings Financial Network, Inc. ("Parties-in-Interest") pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on February 21, 2017.

3. Proof of service for the Parties-in-Interest was filed on May 10, 2017.

4. FIA Card Services, N.A., was served with the Complaint on March 22, 2017.

5. As of this date, FIA Card Services, N.A., has failed to plead or otherwise defend in response to the Complaint.

6. Mortgage Electronic Registrations Systems, Inc., as nominee for Homecomings Financial Network, inc. was served with the Complaint on March 22, 2017.

7. As of this date, Mortgage Electronic Registrations Systems, Inc., as nominee for Homecomings Financial Network, Inc., has failed to plead or otherwise defend in response to the Complaint.

8. On June 9, 2017, Plaintiff filed a Motion for Entry of Default as to the Parties-in-Interest.

9. On July 7, 2017, this Court entered Default as to the Parties-in-Interest.

10. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

11. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

12. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid. 803(6).

13. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of January, 2017.

                                                                                   /s/Jonathan G. Murray
                                                                                   Jonathan G. Murray
                                                                                   Paralegal
                                                                                   Doonan, Graves & Longoria, LLC
                                                                                   100 Cummings Center, Suite 225D
                                                                                   Beverly, Massachusetts 01915