UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | |
| Plaintiff | CIVIL ACTION NO: 2:17-cv-00066 |
| vs. | RE:<br>96 Victoria Drive, Westbrook, ME 04092 |
| **Jonathan Menezes a/k/a Jonathan Menezes, Sr. and Shonda Menezes a/k/a Shanda Menezes f/k/a Shonda Boucher** | Mortgage:<br>May 24, 2006<br>Book 24049, Page 64 |
| Defendants | |
| **Mortgage Electronic Registrations Systems, Inc. as nominee for Homecomings Financial Network, inc.**<br>**FIA Card Services, N.A.** | |
| Parties-In-Interest | |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendants, Jonathan Menezes a/k/a Jonathan Menezes, Sr. and Shonda Menezes a/k/a Shanda Menezes f/k/a Shonda Boucher and Party-In-Interest Mortgage Electronic Registrations Systems, Inc. as nominee for Homecomings Financial Network, inc., and Party-In-Interest FIA Card Services, N.A., and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($539,726.86 as of January 6, 2017) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322.

2.  If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($539,726.86 as of January 6, 2017) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Westbrook Property shall terminate, U.S. Bank shall conduct a public sale of the Westbrook Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $539,726.86, after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3.  Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4.  The amount due and owing is $539,726.86.

5.  The priority of interests is as follows:

    a)  U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $539,726.86 as of January 6, 2017 pursuant to the subject Note and Mortgage.

    b)  Mortgage Electronic Registrations Systems, Inc. as nominee for Homecomings Financial Network, inc. has the second priority behind the Plaintiff pursuant to an Open-End Mortgage dated May 24, 2006, in the amount of $37,000.00, and recorded in the Cumberland County Registry of Deeds in Book 24049, page 82.

    c)  FIA Card Services, N.A. has the third priority behind the Plaintiff pursuant to a Writ of Execution dated November 5, 2010, in the amount of $8,577.89, and recorded in the Cumberland County Registry of Deeds in Book 28313, page 199.

    c)  Jonathan Menezes a/k/a Jonathan Menezes, Sr. and Shonda Menezes a/k/a Shanda Menezes f/k/a Shonda Boucher have the fourth priority behind the Plaintiff.

6.  No public utility easements survive the foreclosure.

7.  The prejudgment interest rate is 6.87500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.65%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Jonathan Menezes a/k/a Jonathan Menezes, Sr.<br>96 Victoria Drive<br>Westbrook, ME 04092 | Pro Se |
|  | Shonda Menezes a/k/a Shanda Menezes f/k/a Shonda Boucher<br>75 Anderson Road<br>Windham, ME 04062 | Pro Se |
| PARTIES-IN-INTEREST | FIA Card Services, N.A.<br>1100 North King Street<br>Wilmington, DE 19801 | Defaulted |
|  | Mortgage Electronic Registrations Systems, Inc. as nominee for Homecomings Financial Network, inc.<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | Defaulted |

a) The docket number of this case is No. 2:17-cv-00066.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 96 Victoria Drive, Westbrook, ME 04092, is

set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 96 Victoria Drive, Westbrook, ME 04092. The Mortgage was executed by the Defendants on May 24, 2006. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 24049, Page 64.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 96 Victoria Drive, Westbrook, ME 04092.

f) Plaintiff specifically agrees to waive any deficiency which may be associated with this loan and this judgment shall not establish any personal liability of the Defendants for the debt secured by the mortgage but shall operate only as to the real estate described in the mortgage, this waiver of deficiency is permanently binding upon the parties even if this judgment is later waived by the Plaintiff. Plaintiff expressly and forever waives any right to seek any deficiency judgment against either Defendant as otherwise might be permitted under 14 M.R.S. §6324.

Dated: May 14, 2018                    John A. Doonan, Esq., Bar No. 3250
                                       Reneau J. Longoria, Esq., Bar No. 5746
                                       Doonan, Graves & Longoria, LLC
                                       100 Cummings Center
                                       Suite 225D
                                       Beverly, MA 01915

Dated May 7, 2018

                                       /s/Jonathan Menezes
                                       Jonathan Menezes a/k/a Jonathan Menezes, Sr.
                                       96 Victoria Drive
                                       Westbrook, ME 04092

                                       /s/ Shonda Menezes
                                       Shonda Menezes a/k/a Shanda Menezes f/k/a
                                       Shonda Boucher
                                       75 Anderson Road
                                       Windham, ME 04062




**SO ORDERED.**


Date: June 5, 2018

                                        /s/ George Z. Singal
                                        George Z. Singal
                                        U.S. District Judge